**WAIS VOGELSTEIN FORMAN & OFFUTT LLC**

EXCEPTIONAL REPRESENTATION. SUPERIOR RESULTS.

1829 REISTERSTOWN ROAD
SUITE 425
BALTIMORE, MARYLAND 21208
PHONE: 410-998-3600
FAX: 410-998-3680
WWW.MALPRACTICETEAM.COM

October 30, 2019

**Filed via pacer and electronically served on all counsel of record**
Gina L. Simms, Magistrate Judge
United States District Court for the District of Maryland (Southern Division)
6500 Cherrywood Lane, Suite 355A
Greenbelt, MD 20770

RE: **REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF INTENT TO FILE A MOTION TO COMPEL**
*C.C., et al. v. University of Maryland Charles Regional Health, Inc., et al.*
Case No.: 8:18-cv-03891-GLS

Judge Simms,

Enclosed herewith is a letter which was sent to the Defendants' counsel on Monday morning prior to the Defendants' filing of their Response. The Plaintiffs wish to include this correspondence for purposes of completeness and to further support their requested relief in the Notice of Intent to File a Motion to Compel.

The Plaintiffs request that the Court issue an Order authorizing the filing of the motion or schedule a telephonic Pre-Motion Conference with all parties. Thank you for your assistance.

Sincerely,

Mary McNamara Koch
/KM